## MUCKLEROY v. STATE.

(Court of Criminal Appeals of Texas. April 10, 1912.)

CRIMINAL LAW (§§ 1090, 1097*)—APPEAL AND ERROR—RECORD.

Where no bill of exceptions and statement of facts or evidence was in the record, a question which arose between the attorneys, on motion for a new trial, as to an agreement on a plea of guilty, and which was settled by the trial court, could not be reviewed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2789, 2803-2827, 2862, 2864, 2926-2928, 2934, 2938, 2939, 2941, 2942, 2947, 2948, 3204; Dec. Dig. §§ 1090, 1097.*]

Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge.

H. Muckleroy was convicted of aggravated assault, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of aggravated assault, and his punishment was assessed at $500 and three months in the county jail.

A jury was waived, and appellant tried by the court. There are no bills of exceptions in the record and no statement of facts. A question arose, on the motion for new trial, between the attorneys as to an agreement on a plea of guilty. This matter was settled by the court, and in this attitude of the record this court is not in a position to review that question. The evidence is not in the record.

Finding no reversible error in the record, the judgment is affirmed.